NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SUNIL MALKANI and ACES OF )
NAPLES, LLC., )
                     )
         Petitioners, )
                     )
v. )
                     )     Case No. 2D18-3074
DOUGLAS HANNAH, )
                     )
         Respondent. )
_____ )

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Fitzgerald A. Frater and Nathalie Nozile of
Frater Law Firm, P.A., Naples, for
Petitioners.

Rachel A. Kerlek of Woods, Weidenmiller,
Michetti & Rudnick, LLP, Naples, for
Respondent.


PER CURIAM.


        Denied.


LaROSE, C.J., and VILLANTI and SLEET, JJ., Concur.